NUMBER 13-02-716-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________



IN RE: DONALD A. LAWSON AND AMY L. LAWSON


___________________________________________________________________ 



NUMBER 13-03-004-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

__________________________________________________________________



IN RE: PALM HARBOR HOMES, INC. AND 

PALM HARBOR HOMES I, L.P.

__________________________________________________________________
On Petitions for Writ of Mandamus

 __________________________________________________________________



MEMORANDUM OPINION

Before Justices Yañez, Castillo, and Garza

Opinion by Justice Castillo


 Relators filed petitions for writ of mandamus in the above causes on December 18, 2002 and January 3, 2003, respectively. 
This Court requested responses from the real parties-in-interest in both causes, both of which were filed timely. We also
set both causes for submission and oral argument in the Corpus Christi office of this Court for Wednesday, February 19,
2003, at 9:00 a.m. Associates Housing Finance filed a request for joinder in cause no. 13-02-716-CV, which this Court
denied as moot on January 29, 2003. However, on proper motion, the same party joined as a real party-in-interest in cause
no. 13-03-004-CV on January 30, 2003. 

 The term of the respondent in both causes, the Honorable Martha Huerta, ended December 31, 2002. The term of the new
sitting judge started January 1, 2003. Mandamus is personal to the judge. In re Roseland Oil & Gas, Inc., 68 S.W.3d 784,
786 (Tex. App.-Eastland 2001, orig. proceeding); see Jampole v. Touchy, 673 S.W.2d 569, 572 (Tex. 1984) (orig.
proceeding); see also State v. Olsen, 163 Tex. 449, 360 S.W.2d 402, 403 (1962) (orig. proceeding) (per curiam). 
Mandamus will not lie against a successor judge in the absence of refusal by the new judge to grant the relief the relator
seeks. Olsen, 360 S.W.2d at 403. 

 Relators' petitions for writ of mandamus, which challenge Judge Huerta's order compelling arbitration in part and denying
arbitration in part, are moot. Olsen, 360 S.W.2d at 403. Nothing in the record before us discloses that the relators have
sought reconsideration of the order from the current sitting judge. Therefore, our prior orders setting submissions and oral
arguments for February 19, 2003 are VACATED, and the petitions for writ of mandamus are DENIED. 

ERRLINDA CASTILLO

Justice



Opinion delivered and filed this

14th day of February, 2003.